# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
FEEHAN, JAMES T. § Case No. 12-18781
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 06/13/2013 in Courtroom 240,

       United States Courthouse
       c/o Kane County Courthouse
       100 S. 3rd St., Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/01/2013      By: Kenneth S. Gardner
                Clerk of the Bankruptcy Court

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
FEEHAN, JAMES T. §   Case No. 12-18781
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,891.40 |
| and approved disbursements of | $ | 10.00 |
| leaving a balance on hand of[1] | $ | 5,881.40 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 1,339.14 | $ 0.00 | $ 1,339.14 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 121.11 | $ 0.00 | $ 121.11 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,460.25 |
| Remaining Balance | | $ | 4,421.15 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 12,822.28 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Illinois Department of Revenue | $ 5,402.62 | $ 0.00 | $ 1,862.84 |
| 000002A | Department of the Treasury | $ 7,419.66 | $ 0.00 | $ 2,558.31 |
| | Total to be paid to priority creditors | | | $ 4,421.15 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 638,114.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | US BANK N.A. | $ 7,885.76 | $ 0.00 | $ 0.00 |
| 000004 | US BANK N.A. | $ 240.34 | $ 0.00 | $ 0.00 |
| 000005 | American InfoSource LP as agent for | $ 307.43 | $ 0.00 | $ 0.00 |
| 000006 | BMO Harris Bank N.A. f/k/a Harris N.A. | $ 626,370.71 | $ 0.00 | $ 0.00 |
| 2U | Department of Treasury | $ 3,310.66 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 430.76 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Pro Care Lawn Service Inc | $ 430.76 | $ 0.00 | $ 0.00 |

    Total to be paid to tardy general unsecured creditors      $ 0.00

    Remaining Balance      $ 0.00

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 1,205.92 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Illinois Department of Revenue | $ 1,205.92 | $ 0.00 | $ 0.00 |

    Total to be paid to subordinated unsecured creditors      $ 0.00

    Remaining Balance      $ 0.00

    Prepared By: /s/Joseph R. Voiland
    Trustee

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-18781-CAD
James T. Feehan                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers              Page 1 of 3                Date Rcvd: May 03, 2013
                              Form ID: pdf006             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2013.
```
db         +James T. Feehan,    917 Pebble Beach Ct.,    Geneva, IL 60134-7511
18881196   +AT & T Mobility,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
18881187   #+Accounts Rec. Technologies,    One Wood Bridge Center,    Suite 410,    Woodbridge, NJ 07095-1151
18881188    Accounts Receivable Management, Inc,    PO Box 561,    Thorofare, NJ 08086-0561
20196379   +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
             El Segundo, CA 90245-3504
18881189   +Amy Haertl,    1030 N. State St. #2H,    Chicago, IL 60610-5477
18881192   #+Amy Haertl f/k/a/ Amy Feehan,    1030 N. State St.   #2H,    Chicago, IL 60610-5477
18881193   +Amy L. Haertl,    1030 N. State St.,    #2H,    Chicago, IL 60610-5477
18881194   +Amy L. Haertl f/k/a/ Amy Feehan,    1030 N. State St. #2H,    Chicago, IL 60610-5477
18881195    Arnstein & Lehr LLP,    120 S. Riverdale Plaza Suite 1200,    Chicago, IL 60606
20258761   +BMO Harris Bank N.A. f/k/a Harris N.A.,    Gina M Lavarda,Chapman and Cutler LLP,
             111 W. Monroe St.,    Chicago, IL 60603-4080
18881197   +Bank of America - Mortgage,    Attn: Correspondence Unit,    P.O. Box 5170,
             Simi Valley, CA 93062-5170
18881198   +Bureau of Collection Recovery LLC,    7575 Corporate Way,    Eden Prairie, MN 55344-2000
18881199   +CBE Group,    1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
18881200    Chase,    P.O. Box 15651,    Wilmington, DE 19886-5651
18881204    Chicago Merchantile Exchange,    P.O. Box 73672,    Chicago, IL 60673-7672
18881205    Codilis and Associates,    15 W 030 North Frontage Rd.,    Suite #100,    Willowbrook, IL 60527
18881206   +Creditors Financial,    3131 S. Vaughn Way,    Suite 110,    Aurora, CO 80014-3501
18881208   ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
            (address filed with court:  Direct TV,     P.O. Box 9001069,    Louisville, KY 40290-1069)
18881207    Dennis A. Brebner & Associates,    860 Northpoint Blvd.,    Waukegan, IL 60085-8211
18881209   +Gregory F.Smith,    Lillig and Thorsness,    1900 Spring Rd. Ste. #200,    Oak Brook, IL 60523-1495
18881210   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
            (address filed with court:  Illinois Department of Revenue,     Bankruptcy Section Level 7-425,
             100 W. Randolph Street,    Chicago, IL 60602)
19887010    Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
18881213    J.P. Morgan Chase Bank,    710 S. Ash St.,    Ste # 200,    Glendale, CO 80246-1989
18881214   +Kevin Cagney,    1607 Fairway Ct.,    Geneva, IL 60134-3176
18881215   +Lillig and Thorsness,    Attn: Gregory Smith Esq.,    1900 Spring Rd.  #200,
             Oak Brook, IL 60523-1495
18881216   +Newberry Plaza,    1030 N. State Street,    Chicago, IL 60610-5476
18881217   +PNC Bank,    3232 Newmark Dr.,    Miamisburg, OH 45342-5421
20278779   +Pro Care Lawn Service Inc,    Pob 491,    Wasco,IL 60183-0491
18881218   +Pro-Care Lawn Services,    P.O. Box 491,    Wasco, IL 60183-0491
18881220   +STC Capital Bank,    460 S. 1st St.,    Saint Charles, IL 60174-2806
18881219   +Smith & Fuller,    301 S. County Farm Road,    Suite A,    Wheaton, IL 60187-4523
20122053   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
            (address filed with court:  US BANK N.A.,     BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
             CINCINNATI, OH 45201-5229)
18881223    US Bank,    P.O. Box 5227,    Cincinnati, OH 45202
18881225   +Valley Emergency Care Inc.,    300 Randall Road,    Geneva, IL 60134-4200
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18881211   +E-mail/Text: cio.bncmail@irs.gov May 03 2013 23:56:39     Department of the Treasury,
             Internal Revenue Service,    Pob 7346,    Philadelphia,PA 19101-7346
18881212   +E-mail/Text: cio.bncmail@irs.gov May 03 2013 23:56:40     Internal Revenue Service,
             2001 Butterfield Rd,    Downers Grove, IL 60515-1058
                                                                                              TOTAL: 2
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18881191     Amy Haertl,   See Above
18881190*   +Amy Haertl,    1030 N. State St.,   #2H,    Chicago, IL 60610-5477
18881201*    Chase,    P.O. Box 15651,    Wilmington, DE 19886-5651
18881202*    Chase,    P.O. Box 15651,    Wilmington, DE 19886-5651
18881203*    Chase,    P.O. Box 15651,    Wilmington, DE 19886-5651
18881221*   +STC Capital Bank,    460 S. 1st St.,    Saint Charles, IL 60174-2806
18881222*   +STC Capital Bank,    460 S. 1st St.,    Saint Charles, IL 60174-2806
18881224*    US Bank,    P.O. Box 5227,    Cincinnati, OH 45202
18881226   ##+Vtrader Pro, LLC,    220 Bush Street,    Suite 950,    San Francisco, CA 94104-3593
                                                                                  TOTALS: 1, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: mflowers              Page 2 of 3            Date Rcvd: May 03, 2013
                              Form ID: pdf006             Total Noticed: 37

                    ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 05, 2013**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: mflowers            Page 3 of 3               Date Rcvd: May 03, 2013
                              Form ID: pdf006           Total Noticed: 37
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2013 at the address(es) listed below:
          Dana N O'Brien   on behalf of Creditor   JPMorgan Chase Bank National Association
           dobrien@atty-pierce.com, northerndistrict@atty-pierce.com
          Joseph Voiland   jrvoiland@sbcglobal.net, jvoiland@ecf.epiqsystems.com
          Kent A Gaertner   on behalf of Debtor James T. Feehan kgaertner@springerbrown.com,
           kgaertner@springerbrown.com;jkrafcisin@springerbrown.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4